# Court of Appeals
# of the State of Georgia

ATLANTA,  June 05, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1912. YEVETTE B. FREEMAN v. MARY HALL FREEDOM HOUSE, INC.

This case began as a dispossessory proceeding in magistrate court. The magistrate court ruled that landlord Mary Hall Freedom House, Inc., was entitled to a writ of possession, and Yevette Freeman appealed to the state court. The state court found in favor of the landlord, and Freeman filed this direct appeal. We lack jurisdiction.

Appeals from state court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Freeman's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  06/05/2020*
  *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*